AO 91 (Rev. 08/09)   Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | ) |
| v. | ) |
| DAVID TYRONE STEWART | ) |
| DOB: xx/xx/xxxx-PDID: xxx-xxx | ) |
| | ) |
| | ) |

Case: 1:22-mj-00086
Assigned To : Harvey, G. Michael
Assign. Date : 4/26/2022
Description: COMPLAINT W/ ARREST WARRANT

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ April 23, 2022 _____ in the county of _____ in the

_____ District of _____ Columbia _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did possess in and affecting commerce, a firearm and ammunition, and did receive a firearm and ammunition, which had been shipped and transported in interstate and foreign commerce, that is, a Sig Sauer P239, 9mm semi-automatic handgun and 9mm ammunition. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Tyler Toth, Officer, MPD
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by Telephone (specify reliable electronic means).

Date: _____ 04/26/2022 _____

_____
*Judge's signature*

City and state: _____ Washington, DC _____

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*